UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **FEDERAL EXPRESS CORPORATION**, and **FEDEX GROUND PACKAGE SYSTEM, INC.**, <br><br> Plaintiffs <br><br> v. <br><br> **UNGER FABRIK, LLC**, **JOHN YAMADA, AJAY AGGARWAL**, **VIJAY AGGARWAL**, **EZ MAILING SERVICES, INC.**, and **UNIVERSAL DELIVERY SOLUTIONS, LLC**, <br><br> Defendants | Civil No. 2:21-cv-02163-JPM-atc |

## NOTICE OF DISMISSAL WITH PREJUDICE

The Plaintiffs and Defendants Ajay Aggarwal, Vijay Aggarwal and Universal Delivery Solutions, LLC, through undersigned counsel, give notice that they have settled the claims asserted by Plaintiffs against Defendants Ajay Aggarwal, Vijay Aggarwal and Universal Delivery Solutions, LLC in the above-captioned matter.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs dismiss, with prejudice, the claims asserted against Defendants Ajay Aggarwal, Vijay Aggarwal and Universal Delivery Solutions, LLC in this case and dismiss, with prejudice, these Defendants as parties from this lawsuit. Each party will bear their own attorneys' fees and costs.

Respectfully submitted,

/s/ Thomas W. Murrey, Jr.
**FEDERAL EXPRESS CORPORATION**
Tennessee Bar #011623
3620 Hacks Cross Road
Building B – 3rd Floor
Memphis, Tennessee 38125
Telephone: (901) 434-8558
Facsimile: (901) 434-9279
Email: twmurrey@fedex.com

/s/ Michael C. McLaren
**FEDERAL EXPRESS CORPORATION**
Tennessee Bar #28277
3620 Hacks Cross Road
Building B – 3rd Floor
Memphis, Tennessee 38125
Telephone: (901) 434-3000
Facsimile: (901) 434-9279
Email: michael.mclaren@fedex.com

*Attorneys for Plaintiff Federal Express Corporation*

/s/ William G. Whitman
**FEDEX GROUND PACKAGE SYSTEM, INC.**
1000 FedEx Drive
Moon Township, PA 15108
Telephone: (412) 262-7327
Email: william.whitman@fedex.com

*Attorneys for Plaintiff FedEx Ground PackageSystem, Inc.*

2

<u>Certificate of Service</u>

   I certify that a copy of the foregoing was sent on January 6th, 2022, though the Court's ECF filing system, to the following:

Malcolm B. Futhey III
Futhey Law Firm PLC
1440 Poplar Ave.
Memphis, TN 38104

*Attorneys for Defendants Ajay Aggarwal,*
*Vijay Aggarwal and*
*Universal Delivery Solutions, LLC*

              /s/ Michael C. McLaren
              **FEDERAL EXPRESS CORPORATION**