# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| FEDERAL EXPRESS CORPORATION, and FEDEX GROUND PACKAGE SYSTEM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNGER FABRIK, LLC, JOHN YAMADA, AJAY AGARWAL, VIJAY AGARWAL, EZ MAILING SERVICES, INC., and UNIVERSAL DELIVERY SOLUTIONS, LLC, <br><br> Defendants. | Case No. 2:21-cv-02163-JPM-atc |

## ORDER OF DISMISSAL AS TO DEFENDANTS AJAY AGGARWAL, VIJAY AGGARWAL AND UNIVERSAL DELIVERY SOLUTIONS, LLC

Before the Court is the Notice of Dismissal With Prejudice, filed by Plaintiffs on January 6, 2022. (ECF No. 43.) The Plaintiffs and Defendants Ajay Aggarwal, Vijay Aggarwal, and Universal Delivery Solutions, LLC appear to have reached a resolution in this matter. Accordingly, pursuant to the Notice of Dismissal and Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims against Defendants Ajay Aggarwal, Vijay Aggarwal, and Universal Delivery Solutions, LLC in connection with this matter are hereby **DISMISSED WITH PREJUDICE**. Each party will bear their own attorneys' fees and costs.

**IT IS SO ORDERED**, this 24th day of January, 2022.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE