## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **FEDERAL EXPRESS CORPORATION**, and **FEDEX GROUND PACKAGE SYSTEM, INC.**, )<br><br>Plaintiffs )<br><br>v. )<br><br>**UNGER FABRIK, LLC**, **JOHN YAMADA, AJAY AGGARWAL**, **VIJAY AGGARWAL**, **EZ MAILING SERVICES, INC.**, and **UNIVERSAL DELIVERY SOLUTIONS, LLC**, )<br><br>Defendants ) | Civil No. 2:21-cv-02163-JPM-atc |

### NOTICE OF DISMISSAL WITH PREJUDICE

The Plaintiffs, through undersigned counsel, give notice that they desire to dismiss this matter against Defendant EZ Mailing Services, Inc.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs dismiss, with prejudice, the claims asserted against Defendant EZ Mailing Services, Inc. in this case and dismiss, with prejudice, this Defendant as a party from this lawsuit. Each party will bear their own attorneys' fees and costs.

Dated: June 6, 2022

Respectfully submitted,

/s/ Thomas W. Murrey, Jr.
**FEDERAL EXPRESS CORPORATION**
Tennessee Bar #011623
3620 Hacks Cross Road
Building B – 3rd Floor
Memphis, Tennessee 38125
Telephone: (901) 434-8558
Facsimile: (901) 434-9279
Email: twmurrey@fedex.com

/s/ Michael C. McLaren
**FEDERAL EXPRESS CORPORATION**
Tennessee Bar #28277
3620 Hacks Cross Road
Building B – 3rd Floor
Memphis, Tennessee 38125
Telephone: (901) 434-3000
Facsimile: (901) 434-9279
Email: michael.mclaren@fedex.com

*Attorneys for Plaintiff Federal Express Corporation*

/s/ William G. Whitman
**FEDEX GROUND PACKAGE SYSTEM, INC.**
1000 FedEx Drive
Moon Township, PA 15108
Telephone: (412) 262-7327
Email: william.whitman@fedex.com

*Attorneys for Plaintiff FedEx Ground Package System, Inc.*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was sent on June 6th, 2022, though the Court's ECF filing system, to all parties of interest.

*/s/* Michael C. McLaren
**FEDERAL EXPRESS CORPORATION**