# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| FEDERAL EXPRESS CORPORATION, and FEDEX GROUND PACKAGE SYSTEM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNGER FABRIK, LLC, JOHN YAMADA, AJAY AGARWAL, VIJAY AGARWAL, EZ MAILING SERVICES, INC., and UNIVERSAL DELIVERY SOLUTIONS, LLC, <br><br> Defendants. | Case No. 2:21-cv-02163-JPM-atc |

## ORDER OF DISMISSAL

Before the Court is the Notice of Dismissal with Prejudice, filed by Plaintiffs on June 6, 2022. (ECF No. 45.) Accordingly, pursuant to the Notice of Dismissal and Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims against Defendant EZ Mailing Services, Inc. in connection with this matter are hereby **DISMISSED WITH PREJUDICE**. Each party will bear their own attorneys' fees and costs.

**IT IS SO ORDERED**, this 6th day of June, 2022.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE